# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-653

———————————————

BRENDA M. BUSH,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Wakulla County.
James O. Shelfer, Judge.

April 11, 2019

PER CURIAM.

In this *Anders*[*] appeal, we affirm Brenda M. Bush's convictions and sentences. But we remand with instructions that the trial court enter a written order finding Bush competent to proceed, *nunc pro tunc* to the date the trial court made its oral determination of competency. *See* Fla. R. Crim. P. 3.212(b) ("If the court finds the defendant competent to proceed, the court shall enter its order so finding and shall proceed."); *Mullens v. State*, 197 So. 3d 16, 37-38 (Fla. 2016).

AFFIRMED and REMANDED with instructions.

———————————————

[*] *Anders v. California*, 386 U.S. 738 (1967)

ROWE, JAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael J. Titus, Assistant Conflict Counsel, Office of Criminal Conflict and Civil Regional Counsel, Region One, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.